IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN M. HOGUE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-02662 |
| § | |
| WELLS FARGO BANK N.A., § | |
| § | |
| Defendant. § | |
| § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Wells Fargo Bank, N.A., files this Disclosure Statement and states and follows:

Wells Fargo Bank, N.A. is a wholly owned subsidiary of <u>Wells Fargo & Company</u>, a publicly traded holding company. No corporation owns 10% or more of <u>Wells Fargo & Company</u>'s stock.

Wells Fargo Bank, N.A. reserves the right to supplement this certificate as necessary.

Respectfully submitted,

*/s/ Helen O. Turner*

**B. David L. Foster – Attorney-in-Charge**
Texas Bar No. 24031555
david.foster@troutman.com
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

**Robert T. Mowrey**
Texas Bar No. 14607500
rob.mowrey@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Helen O. Turner**
Texas Bar No. 24094229
helen.turner@troutman.com
TROUTMAN PEPPER LOCKE LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1280
Facsimile: (713) 229-2501

**COUNSEL FOR DEFENDANT
WELLS FARGO BANK, N.A.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 9, 2025, a true and correct copy of the foregoing document was delivered to the following counsel of record *via CM/ECF, first-class mail, and/or CMRRR* consistent with the Federal Rules of Civil Procedure.

*First-class Mail & CMRRR: 7020 1810 0001 8586 5943*

Stephen M. Hogue
8277 Kingsbrook Road, Unit #253
Houston, Texas 77024

*First-class Mail & CMRRR: 7020 1810 0001 8586 5936*

Stephen M. Hogue
7941 Katy Freeway, Unit #282
Houston, Texas 77024
Telephone: (832) 428-6890

*Pro se Plaintiff*

                                              */s/ Helen O. Turner*
                                              Counsel for Defendant
                                              Wells Fargo Bank, N.A.